IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL SCOTT MARKEL,** | : | CIVIL NO. 1:CV-12-1691 |
| Petitioner, | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **PENNSYLVANIA BOARD OF** | : | |
| **PROBATION AND PAROLE, et al.,** | : | |
| Respondents | : | |

### ORDER

**NOW, THIS 7th DAY OF MAY, 2014,** upon consideration of the above-captioned petition for writ of habeas corpus and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus (Doc. No. 1) is **denied.**

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to **close this case**.

S/ Yvette Kane
YVETTE KANE, District Judge
Middle District of Pennsylvania